

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN HULL TRUCKING, LLC | ) | Case No. 18-20494 |
| | ) | Chapter 11 |
| Debtor | ) | |

### ORDER CONVERTING CASE UNDER CHAPTER 11
### TO CASE UNDER CHAPTER 7

The United States Trustee filed a motion in accordance with 11 U.S.C. § 1112(b) seeking to convert the case to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code). The court finds, service and notice and opportunity to object was provided to all parties in interest and no objection is filed.

IT IS ORDERED the Motion is GRANTED and the Chapter 11 case is converted to a case under Chapter 7.

IT IS FURTHER ORDERED the debtor in possession or the Chapter 11 trustee shall comply with 11 U.S.C. § 521(2)(A), Fed. R. Bankr. P. 1019 and 1007, and Local Bankruptcy Rule 1019- 1.

BY THE COURT

*Cathleen D Parker*　　8/29/2019
_____
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming